
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 21, 2024

United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In Re: Benjamin Patrick Greenfield § Cause no. 23-32053
§ Chapter 13

### AGREED ORDER LIFTING AUTOMATIC STAY
(This Order Resolves Docket # 16)

1. This Order concerns the lease of Debtor's residence and that is held, directly or in its capacity as agent for the holder, by BLUFFS AT LAKEWOOD, ("Movant"). The property that is the subject of this motion is 7510 E Grand Ave, Apt. #1320, Dallas, TX 75214 (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, TX 77004 (if to Movant) and Lee Law Firm PLLC, 8701 Bedford Euless Road, Suite 510, Hurst, TX 76503 (if to Debtors).

2. The Debtor agrees that:
    A. The automatic stay regarding the Property is lifted on February 15, 2024.
    B. Debtor(s) will vacate the Property on or before February 15, 2024.
    C. Debtor(s) will turn over the Property in broom swept condition on or before February 15, 2024.

AGREED AND ENTRY REQUESTED:

*/s/ Brandy M. Alexander*
ALEXANDER LAW, PLLC
Brandy M. Alexander
State Bar No.: 24108421
2502 La Branch St
Houston, Texas 77004
Telephone: 832-360-2318
Fax: 346-998-0886
E-mail: brandyalexander@alexanderpllc.com

LEE LAW FIRM, PLLC
Eric A. Maskell
State Bar No. 24041409
8701 Bedford Euless Road, Suite 510
Hurst, Texas 76053
Telephone: 469-646-8995
Fax: 469-694-1059
E-mail: emaskell@leelawtx.com

# # # End of Order # # #